■ PAUL R. COOK, as Administrator of the Estate of JOYCE COOK, Deceased, Respondent, v BRY-LIN HOSPITALS, INC., Defendant, and EMANUEL AMATO, Appellant.—Motion to declare appeal timely denied; cross motion to dismiss appeal denied and extension of time to perfect granted. Memorandum: There

is no authority for a motion "declaring that an appeal is timely taken". Insofar as plaintiff's opposition to the motion may be considered as a cross motion to dismiss the appeal, it must be denied. Plaintiff has failed to show that, when a copy of the order appealed from was mailed to defense counsel on October 4, 1991, it was accompanied by a notice of entry *(see,* CPLR 5513). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.